IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEET METAL WORKERS : | | |
| LOCAL 441 HEALTH & WELFARE : | | |
| PLAN, et al, : | | |
| Plaintiffs : | CIVIL ACTION | |
| : | | |
| v. : | NO. 04-5898 | |
| : | | |
| GLAXOSMITHKLINE, PLC, et al, : | | |
| Defendants : | | |

### O R D E R

**STENGEL, J.**

**AND NOW,** this   13th   day of September, 2009, IT IS **HEREBY ORDERED** that, pursuant to the reasoning set forth in the court's opinions issued on March 31, 2010 in *In re Wellbutrin SR Antitrust Litigation* (Docket No. 04-CV-5525) and *Medical Mutual of Ohio v. GlaxoSmithKline PLC, et al* (Docket No. 05-CV-396):

1. Defendants' motion for summary judgment as to all claims (Document # 178) is **DENIED.**

2. Defendants' motion for summary judgment as to all claims relating to the '994 patent (Document # 180) is **GRANTED.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.