# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 441 HEALTH & WELFARE PLAN, et al, | : : : | |
| Plaintiffs | : : | CIVIL ACTION |
| v. | : : | NO. 04-5898 |
| GLAXOSMITHKLINE, PLC, et al, Defendants | : : : | |

## O R D E R

**STENGEL, J.**

**AND NOW,** this 30th day of September, 2010, upon consideration of the indirect purchaser plaintiffs' motion for class certification (Document No. 37) and defendants' memorandum in opposition (Document No. 51), and for the reasons discussed in the opinion accompanying this Order, IT IS **HEREBY ORDERED** that the motion is **DENIED.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.