IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEET METAL WORKERS | : | |
| LOCAL 441 HEALTH & WELFARE | : | |
| PLAN, et al, | : | |
|     Plaintiffs | : | CIVIL ACTION |
| | : | |
|     v. | : | NO. 04-5898 |
| | : | |
| GLAXOSMITHKLINE, PLC, et al, | : | |
|     Defendants | : | |

**O R D E R**

**STENGEL, J.**

    **AND NOW,** this   15th   day of November, 2010, upon consideration of the indirect purchaser plaintiffs' motion for leave to file a reply (Document No. 297), IT IS **HEREBY ORDERED** that the motion is **GRANTED.**  The Clerk of Court is directed to file plaintiffs' reply, attached as Exhibit A to its motion.

                                                                    BY THE COURT:

                                                                     /s/ Lawrence F. Stengel
                                                                     LAWRENCE F. STENGEL, J.