UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
MAY 1 6 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

In re WELLBUTRIN SR
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL END-PAYOR CLASS ACTIONS

Civil Action No.: 04-cv-5898

Judge Lawrence F. Stengel

## ORDER APPROVING CORRECTION PLAN OF INCOMPLETE NDC LIST

For the reasons set forth in the parties' Unopposed Motion for Approval of Corrective Plan to Address Incomplete NDC List, the Declaration of Daniel Coggeshall, Senior Project Administrator for Rust Consulting, Inc. ("Rust"), the Settlement Administrator in this action, and exhibits, dated May 10, 2013, and for good cause shown, it is hereby ORDERED that the change in Notice Plan recommended by Class Counsel to correct the incomplete NDC List is approved and Rust, at the direct of Class Counsel, shall implement the proposed plan by taking the following corrective actions:

a. Rust shall notify any potential TPP Class Members who calls the dedicated settlement hotline of the availability of the updated NDC List;

b. On or before May 16, 2013, a postcard notice in the form attached as Exhibit B to the Coggeshall Declaration shall be sent via U.S. Mail to all potential TPP Class Members who were previously sent notice, informing them that the complete and accurate NDC List has been posted to the settlement website;

c. On or before May 16, 2013, an additional postcard notice in the form attached as Exhibit C to the Coggeshall Declaration shall be sent via U.S. Mail to the 253 TPP Class Members who have previously filed a claim informing them that the complete and accurate NDC List has been posted to the Settlement website and requesting that each TPP file a revised claim, if necessary; and

    d.       On or before May 16, 2013, Rust shall send an e-mail to each TPP Class Member who has filed a claim to date informing them that the complete and accurate NDC List has been posted to the Settlement website, and requesting that each TPP file a revised claim, if necessary;

    e.       Rust will bear all costs of the ordered corrective actions.

It is further hereby ORDERED that the current schedule will be amended and class members shall be required to file claims on or before June 17, 2013. The addition of missing NDCs does not alter the material details of the settlement which were fully explained and provided to each potential class member in the Court-approved notice. As such, there is no need to extend the dates for submission of requests for exclusion by class members or for the filing of objections to the settlement, both of which are due to be filed on or before May 17, 2013 in accordance with the Preliminary Approval Order.

**SO ORDERED.**

Dated: Philadelphia, PA

    May 15, 2013

                                                Lawrence F. Stengel
                                                United States District Judge